# **MOTION HEARING**

Date: 9/7/2012                                    Judge: **T.S. ELLIS, III**

Time: 11:33-12:15; 2:00-3:00           Court Reporter: Donna Soutter
          3:36-4:15                                                 (McCoy Rpt Srv 703-280-4422)
                                                             Courtroom Deputy: nmcc

Civil Action Number: 1:12cv625

Suffolk Technologies, LLC

v.

AOL Inc.et.al.

Appearance of Counsel for (✘ )Pltf    (✘ ) Deft
(  ) Matter is Uncontested
Motion to/for:

Motion to seal is granted; motions to dismiss: matter heard and denied; motion to sever and transfer: matter recessed until 1:30 p.m. today. Matter recalled at 1:45 p.m. Motion to sever/transfer heard and denied.

Argued &
(  ) Granted   (  ) Denied  (  ) Granted in part/Denied in part
(  ) Taken Under Advisement    (  ) Continued to

(  ) Report and Recommendation to Follow
(✘) Order to Follow

Counsel:  Pltf: Jeanne Irving, Craig Reilly,          Deft:  Christa Anderson, Joseph Saltiel,
                  Douglas Cawley                                    Stephen Noona, David Perlson