FILED
SEP - 7 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUFFOLK TECHNOLOGIES LLC,
Plaintiff,

v.

AOL INC. AND GOOGLE INC.
Defendants.

Case No. 1:12cv625

# ORDER

The matter came before the Court on defendant AOL Inc.'s Motion to Dismiss Suffolk Technologies, LLC's Allegations of Indirect Infringement in Claim 1 and Claim 2 for Failure to State a Claim Upon which Relief can be Granted (Doc. 57).

For the reasons stated from the Bench, and which may be elucidated in a forthcoming memorandum,

It is hereby **ORDERED** that the Motion to Dismiss is **DENIED**.

Alexandria, Virginia
September 7, 2012

/s/
T. S. Ellis, III
United States District Judge