IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



SUFFOLK TECHNOLOGIES LLC,
    Plaintiff,

v.       Case No. 1:12cv625

AOL INC. AND GOOGLE INC.
    Defendants.

### ORDER

The matter came before the Court on defendant Google Inc.'s Motion to Sever Certain Claims and to Transfer Remaining Claims to the Northern District of California (Doc. 67).

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that the Motion to Sever and Transfer is **DENIED**.

Alexandria, Virginia
September 7, 2012

T. S. Ellis, III
United States District Judge