IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SUFFOLK TECHNOLOGIES LLC, )
    Plaintiff, )
)
v. ) Case No. 1:12cv625
)
AOL INC. AND GOOGLE INC. )
    Defendants. )

## ORDER

The matter is before the Court on defendants' motion to dismiss for lack of jurisdiction (doc. 168).

For the reasons set forth in the memorandum opinion of even date,

It is hereby **ORDERED** that defendants' motion to dismiss for lack of jurisdiction (doc. 168) is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
December 7, 2012

_____
T. S. Ellis, III
United States District Judge