IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

F I L E D
JAN 30 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SUFFOLK TECHNOLOGIES, LLC ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:12-CV-625 TSE/IDD |
| vs. ) | |
| AOL INC. and GOOGLE INC. ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL OF DEFENDANT AOL INC.

Pursuant to Rule 41(a), Plaintiff Suffolk Technologies, LLC ("Suffolk") and Defendant AOL Inc. ("AOL") hereby stipulate to the dismissal of all remaining claims and counterclaims asserted by Suffolk against AOL or by AOL against Suffolk, as set forth below:

1. Suffolk and AOL stipulate that all remaining claims or counterclaims relating to U.S. Patent No. 6,081,835 asserted by Suffolk against AOL or by AOL against Suffolk are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees, except that this dismissal is without prejudice to AOL's right to assert the invalidity or unenforceability of U.S. Patent No. 6,081,835 in the event AOL is accused in the future of infringement (direct or indirect) of said patent. As indicated by its endorsement below, Google does not oppose this dismissal.

2. The parties further stipulate that Suffolk's claims against Google relating to U.S. Patent No. 6,081,835, and Google's affirmative defenses, are not dismissed.

It is **SO ORDERED**.

Alexandria, Virginia
January 30, 2013

/s/
T. S. Ellis, III
United States District Judge
T. S. Ellis, III
United States District Judge

**ENDORSEMENTS ON FOLLOWING PAGES**

## WE STIPULATE TO THIS:

_____
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL: (703) 549-5354
FAX: (703) 549-2604
E-MAIL: craig.reilly@ccreillylaw.com
*Counsel for Plaintiff*

Roderick G. Dorman, *Pro Hac Vice*
Jeanne Irving, *Pro Hac Vice*
Alan P. Block, *Pro Hac Vice*
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
Email: rdorman@mckoolsmithhennigan.com
jirving@mckoolsmithhennigan.com
ablock@mckoolsmithhennigan.com
*Counsel for Plaintiff*

Doug Cawley, *Pro Hac Vice*
MCKOOL SMITH P.C.
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: dcawley@mckoolsmith.com
Email: acurry@mckoolsmith.com
*Counsel for Plaintiff*

_____
Stephen E. Noona VSB # 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
TEL: (757) 624-3239
FAX: (757) 624-3169
E-MAIL: senoona@kaufcan.com
*Counsel for Defendants*

Robert Van Nest (*pro hac vice*)
Christa M. Anderson (*pro hac vice*)
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 9411
GoogleServiceList-Suffolk@kvn.com
*Counsel for Defendants*

David A. Perlson (*pro hac vice*)
David L. Busker (*pro hac vice*)
Antonio R. Sistos (*pro hac vice*)
Margaret P. Kammerud (*pro hac vice*)
Rebecca A. Bers (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
davidperlson@quinnemanuel.com
davidbilsker@qumnemanuel.com
antoniosistos@quinnemanuel.com
megkammerud@quinnemanueLcom
rebeccabers@quinnemanuel.com
*Counsel for Defendants*

**ADDITIONAL COUNSEL AND ENDORSEMENT ON NEXT PAGE**

|  | *[signature]*<br>Erica Nicole Andersen<br>Thomas Cubbage III *(pro hac vice)*<br>Ranganath Tangali Sudarshan *(pro hac vice)*<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave. NW<br>Washington, D.C. 20004-2401<br>eandersen@cov.com<br>Tel: (202) 662-5549<br>Fax: (202) 778-5549<br>eandersen@cov.com<br>tcubbage@cov.com<br>rsudarshan@cov.com<br>*Counsel for Defendant AOL Inc.* |
|---|---|